Paul T. Trimmer
Nevada Bar No. 9291
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
T: (702) 921-2460
F: (702) 921-2461
Paul.Trimmer@jacksonlewis.com

John M. Nolan III (pro hac vice in progress)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA  19102
T: (267) 319-7802
F: (215) 399-2249
J.Michael.Nolan@jacksonlewis.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **AC OCEAN WALK, LLC d/b/a OCEAN CASINO RESORT**, <br><br> **WILLIAM CALLAHAN**, <br><br> **KELLY ASHMAN BURKE**, <br><br> **Defendants.** | **CASE NO.: 2:20-cv-01592-GMN-BNW** <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCEED PAGE LIMITS FOR ITS REPLY IN SUPPORT OF ITS MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Plaintiff Marina District Development Company, LLC d/b/a Borgata Hotel, Casino & Spa ("Plaintiff"), by and through its counsel, the law firm of Jackson Lewis P.C., hereby moves the Court for leave to file its Reply In Support of its Motion for a Temporary Restraining Order [ECF No. 2] and  Motion for Preliminary Injunction [ECF No. 9].  The reply exceeds the 12-page limit of LR 7-3(b).

As set forth in the attached Declaration from Plaintiff's counsel, there is good cause for granting Plaintiff's request. Defendants Ocean Casino, William Callahan and Kelly Burke filed two separate oppositions, as well as motions to dismiss and compel arbitration. Even with the abbreviated briefing schedule, each of issues and arguments required some response on reply, and to streamline proceedings, Plaintiff chose to file a single, consolidated Reply rather than multiple documents. The length of the consolidated Reply is 19 pages. That is seven pages longer than what is ordinarily permitted by local rule for a reply, but it is five pages less than what would be permitted if Plaintiff had filed separate replies to Ocean and Callahan's respective oppositions.

Dated this 8th day of September, 2020.

**JACKSON LEWIS, P.C.**

*/s/ Paul T. Trimmer*
Paul T. Trimmer
Nevada Bar No. 9291
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
T: (702) 921-2460
F: (702) 921-2461
Paul.Trimmer@jacksonlewis.com

John M. Nolan III (pro hac vice in progress)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA  19102
T: (267) 319-7802
F: (215) 399-2249
J.Michael.Nolan@jacksonlewis.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 8th day of September, 2020, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS** properly addressed to the following:

Leigh Ann Buziak
Jeremy N. Kolman
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
lbuziak@blankrome.com
jkolman@blankrome.com

I. Scott Bogatz, Esq.
Kerry E. Kleiman, Esq.
REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
sbogatz@rrblf.com
kkleiman@rrblf.com

*Attorneys for Defendants*

                                              */s/ Paul T. Trimmer*
                                            Employee of Jackson Lewis P.C.