**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com

**BLANK ROME LLP**
LEIGH ANN BUZIAK, ESQ. (*Pro Hac Vice*)
CHARLES S. MARION, ESQ. (*Pro Hac Vice*)
JEREMY N. KOLMAN, ESQ. (*Pro Hac Vice*)
MICHAEL A. STOOLMAN, ESQ. (*Pro Hac Vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5500
Facsimile: 215.569.5555
lbuziak@BlankRome.com
cmarion@BlankRome.com
jkolman@BlankRome.com
mstoolman@BlankRome.com

*Attorneys for Defendants*
*William Callahan and Kelly Ashman Burke*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA,<br>Plaintiff,<br>v.<br>AC OCEAN WALK, LLC d/b/a OCEAN CASINO RESORT; WILLIAM CALLAHAN; KELLY ASHMAN BURKE,<br>Defendants. | Case No. 2:20-cv-01592-GMN-BNW<br><br>**JOINT NOTICE OF WITHDRAWAL OF MOTIONS REGARDING THE FORENSIC PROTOCOL AND JOINT REQUEST TO CANCEL JANUARY 12, 2021 HEARING** |

      The Parties, by and through their undersigned counsel, in order to resolve the pending motions regarding the forensic examination of William Callahan's devices (Plaintiff's motion to compel compliance [ECF No. 126], Defendants' motion for protective order [ECF No. 128], and

1

Defendants' cross-motion to compel compliance [ECF No. 131]) (collectively the "Motions"), and to avoid the need for the Court's intervention regarding the Motions, have reached an agreement on the protocol governing the forensic examination of William Callahan's devices (the "Protocol"). The parties have also reached agreement that Callahan's devices will be made available for collection on Monday, January 11, 2021 at 12:00 p.m. EST, subject to unforeseen delay caused by mail or other matters outside the parties' control. Accordingly, the Motions are moot and no longer require adjudication. The Parties stipulate as follows:

### I. Plaintiff Withdraws Its Motion to Compel Compliance

In light of the Parties' agreement regarding the Protocol, Plaintiff's motion to compel compliance [ECF No. 126] is now moot. Plaintiff withdraws the motion and all requested relief therein.

### II. Defendants Withdraw Their Motion for Protective Order and Cross-Motion to Compel Compliance

In light of the Parties' agreement regarding the Protocol, Defendants' motion for protective order [ECF No. 128] and cross-motion to compel compliance [ECF No. 131] are now moot. Defendants withdraw their motions and all requested relief therein.

### III. The January 12 Hearing Is No Longer Necessary

In light of the Parties' withdrawal of the Motions [ECF Nos. 126, 128, and 131] and all requested relief therein, the hearing scheduled for January 12, 2021 before Judge Weksler is no longer necessary. The Parties jointly request that the January 12 hearing be cancelled.

Dated: January 8, 2021

| JACKSON LEWIS P.C. | REID RUBINSTEIN & BOGATZ |
|---|---|
| */s/ Paul S. Trimmer* | */s/   I. Scott Bogatz* |
| PAUL T. TRIMMER, ESQ. | I. SCOTT BOGATZ, ESQ. |
| Nevada Bar No. 9291 | Nevada Bar No. 3367 |
| JOSHUA A. SLIKER, ESQ. | KERRY E. KLEIMAN, ESQ. |

| | |
|---|---|
| Nevada Bar No. 12493 | Nevada Bar No. 14071 |
| 300 S. Fourth Street, Suite 900 | 300 South 4th Street, Suite 830 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | BLANK ROME LLP |
| |      */s/ Michael A. Stoolman* |
| | LEIGH ANN BUZIAK |
| | (admitted *pro hac vice*) |
| | JEREMY N. KOLMAN |
| | (admitted *pro hac vice*) |
| | MICHAEL A. STOOLMAN |
| | (admitted *pro hac vice*) |
| | One Logan Square |
| | 130 North 18th Street |
| | Philadelphia, Pennsylvania 19103 |
| | *Attorneys for Defendants* |

ORDER

Before the Court is the parties' joint notice of withdrawal of motions regarding the forensic protocol and joint request to cancel the January 12, 2021 hearing. ECF No. 150. On the basis of good cause, IT IS ORDERED that the parties' joint request is GRANTED and the January 12 hearing is therefore VACATED.

Further, ECF Nos. [82] and [84] are DENIED without prejudice, as this case is stayed with regard to the individual defendants and the case has been transferred to a different court with regard to the corporate defendant. *See* ECF Nos. [91], [118].

Finally, the February 19, 2021 hearing on the motions at ECF Nos. [137] and [145] is VACATED. The Court will instead issue a written order on those motions and the motion at ECF No. [115].

**IT IS SO ORDERED**

**DATED:** 10:44 am, January 11, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3