**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com

**BLANK ROME LLP**
LEIGH ANN BUZIAK, ESQ. (*Pro Hac Vice*)
CHARLES S. MARION, ESQ. (*Pro Hac Vice*)
MICHAEL A. STOOLMAN, ESQ. (*Pro Hac Vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5500
Facsimile: 215.569.5555
lbuziak@BlankRome.com
cmarion@BlankRome.com
mstoolman@BlankRome.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA,<br>　　　　　　　Plaintiff,<br>vs.<br>AC OCEAN WALK, LLC d/b/a OCEAN CASINO RESORT; WILLIAM CALLAHAN; KELLY ASHMAN BURKE,<br>　　　　　　　Defendants. | Case No. 2:20-cv-01592-GMN-BNW<br><br>**DEFENDANTS' MOTION FOR WITHDRAWAL OF COUNSEL JEREMY KOLMAN** |

Pursuant to Local Rule IA 11-6(b), defendants AC Ocean Walk, LLC d/b/a Ocean Casino Resort, William Callahan, and Kelly Ashman Burke (collectively "Defendants"), hereby move for the withdrawal of Jeremy L. Kolman as counsel of record for Defendants in the above-captioned action. Leigh Ann Buziak, Charles S. Marion, and Michael A. Stoolman of Blank Rome, LLP, and I. Scott Bogatz, and Kerry E. Kleiman of Reid Rubinstein & Bogatz, continue to serve as counsel for Defendants. Pursuant to Local Rule IA 11-6(b), counsel represents that

1

1  the client has received notice and has no objection to this withdrawal and the withdrawal will
2  cause no delays or rescheduling of dates.

4  DATED: March 11, 2021.

By:  */s/ Kerry E. Kleiman*
I. Scott Bogatz, Esq. (NV Bar No. 3367)
Kerry E. Kleiman, Esq. (NV Bar No. 14071)
**REID RUBINSTEIN & BOGATZ**
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101

Leigh Ann Buziak, Esq. (*Pro Hac Vice*)
Charles S. Marion, Esq. (*Pro Hac Vice*)
Michael A. Stoolman, Esq. (*Pro Hac Vice*)
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*Attorneys for Defendants*

ORDER

**IT IS SO ORDERED**

**DATED:** 3:56 pm, March 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**