| | |
|---|---|
| PAUL T. TRIMMER<br>Nevada Bar No. 9291<br>JOSHUA A. SLIKER<br>Nevada Bar No. 12493<br>**JACKSON LEWIS P.C.**<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Telephone: (702) 921-2460<br>paul.trimmer@jacksonlewis.com<br>joshua.sliker@jacksonlewis.com<br><br>*Attorneys for Plaintiff*<br>*Marina District Development*<br>*Company, LLC d/b/a Borgata Hotel Casino*<br>*& Spa* | I. SCOTT BOGATZ<br>Nevada Bar No. 3367<br>KERRY E. KLEIMAN<br>Nevada Bar No. 14071<br>**REID RUBINSTEIN & BOGATZ**<br>300 South 4th Street, Suite 830<br>Las Vegas, Nevada 89101<br>Telephone: (702) 776-7000<br>sbogatz@rrblf.com<br>kkleiman@rrblf.com<br><br>LEIGH ANN BUZIAK (*Pro Hac Vice*)<br>MICHAEL A. STOOLMAN (*Pro Hac Vice*)<br>**BLANK ROME LLP**<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: 215.569.5500<br>lbuziak@BlankRome.com<br>mstoolman@BlankRome.com<br><br>*Attorneys for Defendants William Callahan*<br>*and Kelly Ashman Burke* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, a New Jersey limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM CALLAHAN, an individual; and KELLY ASHMAN BURKE, an individual,<br><br>        Defendants. | Case No.: 2:20-cv-01592-GMN-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

47463924.1                     1

WHEREAS, Plaintiff Marina District Development Company, LLC ("Borgata") filed the above-captioned against Defendants AC Ocean Walk, LLC ("Ocean"), William Callahan, and Kelly Ashman Burke on August 27, 2020;

WHEREAS, on October 7, 2020, the Court compelled Borgata's claims against Callahan and Burke to arbitration and stayed proceedings in this Court pending arbitration;

WHEREAS, on October 13, 2020, the Court entered a preliminary injunction against Callahan and Burke;

WHEREAS, on October 27, 2020, Borgata posted a supersedeas bond in the amount of $50,000 in support of that preliminary injunction;

WHEREAS, for the convenience of the parties and in the interest of justice, on February 25, 2021, the Court severed Borgata's claims against Ocean and transferred them to the District of New Jersey, leaving only Callahan and Burke as defendants in this Court;

WHEREAS, on April 24, 2021, the parties amicably resolved their disputes in a global settlement agreement, provided, however, that this Court retain jurisdiction to enforce the agreement and resolve disputes between Borgata and Callahan or Burke arising from or related to the agreement;

NOW THEREFORE, Plaintiff Borgata and Defendants Callahan and Burke, by and through their respective counsel of record, hereby stipulate as follows:

1. This case and the parties' claims therein shall be dismissed with prejudice.
2. The preliminary injunction entered against Callahan and Burke, ECF 91, shall be dissolved.
3. The supersedeas bond posted by Borgata, ECF 110, shall be returned to it.
4. The parties shall bear their own attorneys' fees and costs.
5. This Court shall retain jurisdiction to enforce the settlement agreement and resolve disputes between Borgata and Callahan or Burke arising from or related to that agreement.

| | | |
|---|---|---|
| DATED: May 4, 2021 | | JACKSON LEWIS P.C. |

/s/ *Paul T. Trimmer*
PAUL T. TRIMMER

*Attorneys for Plaintiff
Marina District Development
Company, LLC d/b/a Borgata Hotel Casino & Spa*

DATED: May 4, 2021    BLANK ROME LLP

/s/ *Leigh Ann Buziak*
LEIGH ANN BUZIAK (*Pro Hac Vice*)

*Attorneys for Defendants
William Callahan and Kelly Ashman Burke*

## **ORDER**

Good cause appearing, the Court orders as follows:

1. This case (Case No. 2:20-cv-01592-GMN-BNW) and the parties' claims therein are dismissed with prejudice.

2. The preliminary injunction entered against Callahan and Burke, ECF 91, is dissolved.

3. The supersedeas bond posted by Borgata, ECF 110, shall be returned to it forthwith.

4. The parties shall bear their own attorneys' fees and costs.

5. This Court shall retain jurisdiction to enforce the settlement agreement and resolve disputes between Borgata and Callahan or Burke arising from or related to that agreement.

**IT IS SO ORDERED:**

Dated this 4 day of May, 2021

_____
Gloria M. Navarro, District Judge
United States District Court